United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 22-13743-WJ

Nancy J Goulston                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6                          User: admin                                    Page 1 of 2

Date Rcvd: Oct 19, 2022                       Form ID: odspa                         Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nancy J Goulston, P O Box 1224, La Quinta, CA 92247-1224 |
| cr | + | The Bank of New York Mellon f/k/a The Bank of New, Robertson, Anschutz, Schneid, Crane & Pa, 350 10th Avenue, suite 1000, San Deigo, CA 92101-8705 |
| 41305078 | + | 1 Sharpe, C/O FCI Lending Services, 8190 E Kaiser Blvd, Anaheim Hills, CA 92808-2215 |
| 41305082 | + | Alvara Plascencia and Ana Marie Plascencia, C/O Investment Bankers Network, 8141 E 2nd St Ste 347, Downey, CA 90241-3612 |
| 41305080 | + | Casitas de Alipaz HOA, c/o Coastal Resource Property Management, 32332 Camino Capistrano Ste 106, San Juan Capistrano, CA 92675-3701 |
| 41305084 | + | Devon Self Storage, 67650 Ramon Rd, Cathedral City, CA 92234-3308 |
| 41305083 | + | Devon Self Storage, 72500 Varner Rd, Thousand Palms, CA 92276-3406 |
| 41305079 | + | Encino Oaks HOA, 5460 White Oak Ave, Encino, CA 91316-2401 |
| 41305087 | + | Joanna Averett, Julia Burt, Burt & Clerc Law Firm, 73200 El Paseo, Palm Desert, CA 92260-4245 |
| 41305077 | + | Nicholas Lanphier, C/O California TD Specialists, 8190 East Kaiser Blvd, Anaheim Hills, CA 92808-2215 |
| 41305081 | + | Palm Springs Villas HOA, c/o Seabreeze Management, 26840 Alliso Viejo Pkwy, Aliso Viejo, CA 92656-2624 |
| 41305085 | + | Public Storage, 1000 S Gene Autry Trail, Palm Springs, CA 92264-3540 |
| 41305086 | + | Security Public Storage, 39505 Berkey Dr, Palm Desert, CA 92211-1139 |
| 41305088 | + | Valerie Powers Smith, SBEMP, 1800 E Tahquitz Canyon Way, Palm Springs, CA 92262-7104 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: EDD.COM | | |
| | | Oct 20 2022 04:33:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | | |
| | | Oct 20 2022 04:38:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | TOORAK CAPITAL PARTNERS LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0973-6            User: admin            Page 2 of 2

Date Rcvd: Oct 19, 2022            Form ID: odspa            Total Noticed: 16

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2022            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Reilly D Wilkinson | on behalf of Creditor TOORAK CAPITAL PARTNERS LLC rwilkinson@scheerlawgroup.com  rwilkinson@ecf.courtdrive.com |
| Rod Danielson (TR) | notice-efile@rodan13.com |
| Theron S Covey | on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JPMorgan Chase Bank  National Association, as trustee for C-Bass Mortgage loan asset-backed certificates, series 2004 tcovey@raslg.com, sferry@raslg.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 4

Form odspa–odspab
Rev. 06/2017

# United States Bankruptcy Court
# Central District of California

### 3420 Twelfth Street, Riverside, CA 92501–3819

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Nancy J Goulston

**BANKRUPTCY NO.** 6:22–bk–13743–WJ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–7378
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 10/19/22

**Address:**
P O Box 1224
La Quinta, CA 92247

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed, the automatic stay is vacated and all pending motions and adversary proceedings are moot and dismissed.

2) Any discharge entered in this case is vacated.

3) The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

By the Court,

Dated: October 19, 2022

**Kathleen J. Campbell**
Clerk of Court

Form odspa–odspab Rev. 06/2017

**13 / ET**